U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 0 9 2017

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Kyra Moss            Plaintiff(s)

vs.

Zara USA Inc.,       Defendant(s)

Civil Case No.: 1:17-CV-875 DNH/DEP

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by:  ⊘ JURY   ⊘ COURT   (Select **only** one).

In Forma Pauperis

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Kyra Moss
   Address: 18 Providence Place, #7
            Albany, New York [illegible]

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Zara USA Inc.
   Official Position:
   Address: 1095 Madison Avenue
            11th Floor
            New York, New York 10021
            Fax: 212-754-1128

b. Defendant: _____

   Official Position: N/A

   Address: N/A

   _____

c. Defendant: _____

   Official Position: N/A

   Address: N/A

   _____

Additional Defendants may be added on a separate sheet of paper.

4. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).**

Violations presented to Zavia USA Inc. are summarized within the 5 page notarized legal contract, entitled 'Kyra Marks vs. Zavia USA Inc.'

5.                              **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

**FIRST CAUSE OF ACTION**

Amendment Thirteen

**SECOND CAUSE OF ACTION**

Amendment Fourteen

**THIRD CAUSE OF ACTION**

Intellectual Property Act 2011 and the California Transparency in Supply Chains Act of 2010.

6. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

As Summarized and requested within the legal contract entitled 'Kyra Thus vs. Zara USA Inc'.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 08/09/2017

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

US DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

JAMES T. FOLEY COURTHOUSE, SUITE 509

445 BROADWAY

ALBANY, NY 12207

PH: 518-257-1800

DELIVERED BY:

KYRA MOSS

DATE: 07/25/2017

MAILING ADDRESS: 18 PROVIDENCE PLACE, APARTMENT 7. ALBANY, NEW YORK 12202

RECEIVED BY:

PRINT:

SIGN:

DATE

MAIL COPIED RECEIPT OF SIGNED AND DATED COVER PAGE TO CLAIMANT

1

07/25/2017

US DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

JAMES T. FOLEY COURTHOUSE, SUITE 509

445 BROADWAY

ALBANY, NY 12207

PH: 518-257-1800


Good Day,

    I have attached a legal contract to settle against ZARA USA Inc. for violations of federal, state, and city laws, statutes, clauses, rules, regulations and codes. I have referenced the archival of digital documentation which proves the aforementioned violations against ZARA USA Inc. which continued to occur due to the county's legal chain of command's failure to provide timely legal mediation and resolution. I hope that you are able to identify what will be described as a Criminal Civil Settlement brought against ZARA USA Inc. as a *pro se* appellant and a poor person *in forma pauperis*.


Thanks for your assistance,

    Kyra Moss

    Phone: (510) 712-7754

Process all legal documentation and correspondence as Certified Mail and with tracking numbers. Any lost or modified legal documentation will result in a monetary penalty, per page, that is equal to the cost of the settlement.

3

KYRA MOSS vs ZARA USA Inc.

KYRA MOSS – CLAIMANT
18 PROVIDENCE PLACE
APARTMENT 7
ALBANY, NEW YORK 12202
EMAIL: ARYKSSOM@GMAIL.COM


ZARA USA INC. - DEBTOR
645 MADISON AVENUE
6TH FLOOR
NEW YORK, NEW YORK 10022
PHONE: 212-355-1415
FAX: 212-754-1128


1. This Release is made and delivered on this 21 day of July 2017 by and between Kyra Moss and ZARA USA Inc.

2. Kyra Moss hereby discharges and releases ZARA USA Inc., from all claims, actions, damages, and liabilities whatsoever, including those currently known and those that may arise in the future, resulting from or arising out of the following transactions, events or circumstances:

For supporting documentation and images please review the www.caldohautecouture.org archival.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing of www.caldohautecouture.org is true and correct. Executed on July 25, 2017.

On this 2nd day of August, 2017, before me, the undersigned, personally appeared KYRA MOSS

X _____
Kyra Moss

personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she he executed the same to her/his capacity, and that by her his signature on the instrument, the individual, or the person, upon behalf of which the individual acted, executed the instrument.

[VIOLATIONS at 3/5ths Clause of 'Involuntary Servitude' applied per violation as $3,500,000.00]

| | | |
|---|---|---|
| Amendment Thirteen. | | $3,500,000.00 |
| Amendment Fourteen | | $3,500,000.00 |
| Intellectual Property Act of 2011. | | $3,500,000.00 |

4

| | |
|---|---:|
| The California Transparency in Supply Chains Act of 2010. | $3,500,000.00 |
| | Settlement Total: $14,000,000.00 |

The above consideration shall be paid or given by and to Kyra Moss on or before the 25 day of October 2017.

3. In consideration for this Release, ZARA USA Inc. hereby agrees to pay Kyra Moss the sum of $14,000,000.00 Dollars.

4. This Release shall be binding on and inure to the benefit of Kyra Moss and ZARA USA Inc., and their heirs, assigns, successors and legal representatives.

5. The dispute should settle all claims between Kyra Moss and the ZARA USA Inc., and it shall be binding on all Parties and their heirs and assigns.

> 5a. Other Terms and Conditions: Criminal prosecution of all parties (individual and organization) involved; permanent federal restraining orders filed against each; immigration removal where suitable; and further profit terminated and prohibited where applicable.

6. This Release shall be governed by the laws of United States of America. This Release is executed and delivered voluntarily as a fair settlement of the forgoing claim(s).

Kyra Moss and ZARA USA Inc. intending to be legally bound have signed this Release on the date first indicated above.

_____
Kyra Moss – Claimant

Subscribed and sworn to me on this 2nd day of August 2017.

_____
Notary

_____
Chief Operating Officer of ZARA USA Inc. – Debtor

Subscribed and sworn to me on this _____ day of _____ 2017.

_____
Notary

5