UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KYRA MOSS,

                              Plaintiff,

    -v-                                                  1:17-CV-875
                                                              (DNH/DEP)

ZARA USA INC.,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

KYRA MOSS
Plaintiff pro se
18 Providence Place #7
Albany, NY 12202


DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Pro se plaintiff Kyra Moss brought this action against Zara USA Inc. On October 18, 2017, the Honorable David E. Peebles, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed, with leave to replead within thirty days of the date of this Decision and Order. Mail sent to plaintiff was returned as undeliverable. No objections to the Report-Recommendation have been filed.

      Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

      Therefore, it is

ORDERED that

1. This action is DISMISSED with leave to replead within thirty days of the date of this Decision and Order;

2. If plaintiff files a timely amended complaint, it be forwarded to the Magistrate Judge for review; and

3. If plaintiff fails to file an amended complaint within thirty days of the date of this Decision and Order, the Clerk dismiss the action without further order.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 15, 2018
       Utica, New York.